UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

CARLTON WILSON,

                Plaintiff,

    -against-

C.O. OFFICER SHIELD
NO. 16017, et al.,

                Defendants.

---------------------------------------X

07 Civ. 5962 (LAP)(HBP)

ORDER



       PITMAN, United States Magistrate Judge:

       Due to unforeseen delays in communications between the Court's Pro Se Office and plaintiff, plaintiff's time to complete service is extended to April 21, 2008.

Dated:  New York, New York
       March 7, 2008

                           SO ORDERED

                           _____
                           HENRY PITMAN
                           United States Magistrate Judge

Copy mailed to:

Mr. Carlton Wilson
DIN No. 07-A-4914
Downstate Correctional Facility
Box F
Red Schoolhouse Road
Fishkill, New York  12524-0445